**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 21-00149-TFM |
| YAN JIAO ZHUO | : |

**REPORT AND RECOMMENDATION
ON GOVERNMENT'S MOTION TO DISMISS**

The Defendant, Yan Jiao Zhuo, by consent, appeared on July 13, 2022 before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and with the assistance of a FooChow interpreter, entered a plea of guilty to a Class B misdemeanor violation of 8 U.S.C. 1324a(a)(2), continuing to employ illegal aliens, as set out in **Count One** of the Superseding Information filed in open Court. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary and a sufficient factual basis supported each of the essential elements of such offense. The Court then adjudicated the Defendant guilty and proceeded immediately to sentencing.

After sentencing, the United States moved orally in open Court to dismiss the charges (Count 1 and the Forfeiture Count) set against Defendant Yan Jiao Zhuo the Indictment (Doc. 69) in this case. The undersigned recommends the Court grant the motion and dismiss the charges against this Defendant in the Indictment.

DONE and ORDERED this 18th day of July, 2022.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.