IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:21-cr-149-TFM-MU |
| ) | |
| YAN JIAO ZHUO ) | |
| ) | |

**MEMORANDUM OPINION AND ORDER**

On July 13, 2022, the United States filed a Superseding Information. (Doc. 192) to which Defendant Yan Jiao Zhou pled guilty and was sentenced by the Magistrate Judge. *See* Docs. 193, 194. The United States also filed an oral motion to dismiss the charges that remained against this Defendant in the Indictment (Doc. 68). *See* Doc. 196. On July 18, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the United States' motion to dismiss the remaining charges be granted. *See* Doc. 197. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this court. The United States motion is **GRANTED** and the charges in the Indictment (Doc. 68) against Yan Jiao Zhuo are **DISMISSED**.

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE